UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILBERT WASHINGTON,

       Plaintiff,

v.                      Case No. 8:08-cv-2023-T-33MAP

SCHOOL BOARD OF
HILLSBOROUGH COUNTY,

       Defendant.

_____/

**ORDER**

This cause comes before the Court sua sponte. On October
10, 2008, Washington filed his complaint (Doc. # 1) and a
motion for leave to proceed in forma pauperis. (Doc. # 2). On
October 30, 2008, Magistrate Judge Mark A. Pizzo denied
without prejudice Washington's motion to proceed in forma
pauperis stating that Washington filed an incoherent
complaint. (Doc. # 4). In the order, Judge Pizzo gave
Washington thirty days to amend his complaint (id. at 2); and
in compliance with that order, Washington timely filed an
amended complaint on November 14, 2008. (Doc. # 8). However,
since the October 30, 2008, order, Washington has neither paid
the filing fee for this action nor renewed his motion to
proceed in forma pauperis.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Gilbert Washington is directed to pay the filing fee

within **TWENTY DAYS** of the date of this order or this case will be dismissed without prejudice for failure to pay the filing fee.

　　　　**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>22nd</u> day of January 2009.

　　　　　　　　　　　　　　VIRGINIA M. HERNANDEZ COVINGTON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies:

Gilbert Washington, pro se