```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

GILBERT WASHINGTON,

               Plaintiff,
v.                               Case No. 8:08-cv-2023-T-33MAP

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

               Defendant.
_____/

**<u>ORDER</u>**

This cause comes before the Court pursuant to Plaintiff's motion for a declaratory judgment (Doc. # 9) and material in support of motion for declaratory judgment (Doc. # 11), both filed on January 16, 2009.

On May 4, 2009, Plaintiff filed an amended complaint. (Doc. # 19). Since the allegations of the amended complaint differ from the complaint allegations upon which the motion for declaratory judgment is based, this Court finds the motion for declaratory judgment to be moot. Therefore, this Court denies the motion without prejudice.

However, as this Court notices that Plaintiff's motion for declaratory judgment failed to comply with various provisions of the Local Rules of this Court, particularly Local Rule 3.01(g) and 3.01(a), M.D. Fla., this Court warns pro se Plaintiff that he is required to follow the Local Rules

of this Court as well as the Federal Rules of Civil Procedure. See Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("Once a pro se . . . litigant is in court, he is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.")

In the instance that Plaintiff renews his motion for declaratory judgment, Plaintiff is directed to "include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request." Local Rule 3.01(a), M.D. Fla. Furthermore, prior to the filing of any future motion for declaratory judgment, or other motion, Plaintiff shall confer with counsel for Defendant in compliance with Local Rule 3.01(g), M.D. Fla., to determine whether Defendant consents to or objects to the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's motion for a declaratory judgment (Doc. # 9) is **DENIED WITHOUT PREJUDICE AS MOOT.**

(2) Plaintiff is directed to comply with the applicable provisions of the Local Rules of the Middle District of

Florida as well as the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 5th day of May, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All parties of record