```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
        TAMPA DIVISION
```

GILBERT WASHINGTON,

        Plaintiff,

v.                        Case No.  8:08-cv-2023-T-33MAP
                                                      8:08-cv-2042-T-33EAJ

SCHOOL BOARD OF HILLSBOROUGH COUNTY,

        Defendant.
_____/

## **ORDER**

This matter is before the Court pursuant to Defendant's Unopposed Motion to Consolidate, which was filed on August 3, 2009. Defendant filed the motion in both case 8:08-cv-2023-T-33MAP (Doc. # 29) and case 8:08-cv-2042-T-33EAJ (Doc. # 26). At this stage of the proceedings, Plaintiff has two separate cases pending before the undersigned that name the School Board of Hillsborough County as a defendant.

The present motions to consolidate are unopposed. The Court finds that the cases are substantially related and involve the same questions of fact and law.

Pursuant to Federal Rules of Civil Procedure 42 and Local Rule 1.04(c), M.D. Fla., the Court may consolidate actions involving a common question of law or fact to avoid unnecessary costs or delay. Such consolidation is appropriate in this instance, and the unopposed motions to consolidate are due to be granted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Unopposed Motions to Consolidate (Doc. # 26) and (Doc. # 29) are **GRANTED**.

(2) The Clerk is directed to consolidate 8:08-cv-2023-T-33MAP and 8:08-cv-2042-T-33EAJ for all further proceedings.

(3) This action shall proceed under the lead case of 8:08-cv-2023-T-33MAP, and all future pleadings shall be filed in that case. Case 8:08-cv-2042-T-33EAJ is administratively closed.

(4) The Clerk is directed to re-file in the lead case any motions that are currently pending in 8:08-cv-2042-T-33EAJ as well as corresponding responses thereto.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>12th</u> day of August, 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record