UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILBERT WASHINGTON,

    Plaintiff,
v.                                    Case No. 8:08-cv-2023-T-33MAP

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

    Defendant.
_____/

### ORDER

    This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 106), filed on August 17, 2010, recommending that Plaintiff's Motion to Proceed on Appeal *in forma pauperis* (Doc. # 102), be denied.

    Plaintiff filed a timely objection to the report and recommendation (Doc. # 108) as well as a supplement thereto (Doc. # 109). Defendant has not responded to Plaintiff's objection, and time for Defendant to do so has elapsed. Nevertheless, being fully advised in the premises, the Court overrules Plaintiff's objection and adopts the report and recommendation of the magistrate judge.

### Analysis

    In the report and recommendation, the magistrate judge finds that "Plaintiff's appeal is not taken in good faith."

(Doc. # 106 at 2). The magistrate judge bases his findings on the fact that "Plaintiff failed to establish a *prima facie* case of race, gender, or age discrimination and further failed to establish the elements of any of his other purported claims" and because the magistrate judge "cannot find a legitimate, non-frivolous issue to be presented on appeal." (Id.) Thus, the magistrate judge correctly recommends that the motion to proceed *in forma pauperis* on appeal be denied.

Plaintiff filed a lengthy objection to the report and recommendation. However, his arguments lack merit. For instance, he remarks that deponent Linda Kipley was "vague" and "evasive" during her deposition. (Doc. # 108 at 2). In addition, Plaintiff complains that "the Court abused its judiciary power when it disregarded the Defendant's attorneys Thomas M. Gonzalez racial despairing remarks when the Plaintiff was taking the deposition and testimony of the deponent Joann Johnson on March 30, 2010. (Doc. # 84)." (Doc. # 108 at 5). Plaintiff's unfounded contentions concerning improper deposition conduct are meritless and are not a proper basis for leave to appeal *in forma paueris*. None of the other issues raised by Plaintiff are worthy of discussion.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 106) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (Doc. # 102) is **DENIED.**

(3) The Court certifies that the appeal is not taken in good faith and directs the Clerk to notify the Court of Appeals of this ruling in accordance with Rule 24(a)(4) of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>15th</u> day of September 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record